16 January 2015

Clerk
Court of Criminal Appeals
P O Box 12308
Austin TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 26 2015

Abel Acosta, Clerk

RE: Sammie L. Garrett, #01893767
COA #05-13-01480-CR
TR. CT. No. F-12-45789-1

FILED IN
COURT OF CRIMINAL APPEALS

JAN 30 2015

Abel Acosta, Clerk

Dear Clerk:

Pursuant TRAP, Rule 68.2 (c), I hereby Request

an extension of time in which to file my PDR.

An extension is needed in order that I may review

the appellate record (which I have yet to see).

In compliance with Rule 10.5 (6), a copy of my request

is mailed this date to state's counsel at address below.

Patricia Noble
133 N. Riverfront LB-19
Dallas TX 75207

Sincerely,

S G
SAMMIE GARRETT
#01893767
P O Box 9000
Henderson TX 75653